# IN DISTRICT COURT OF THE VIRGIN ISLANDS
# BANKRUPTCY DIVISION
# ST. THOMAS, ST. JOHN & ST. CROIX

IN RE:

| | | |
|---|---|---|
| CARIBBEAN ISLAND ADVENTURES, INC. | : | Bankruptcy No. **3-08-30003-MFW** |
| | : | |
| | : | |
| Debtor | : | Chapter 7 |

## ORDER APPROVING ACCOUNT, DISCHARGING TRUSTEE, AND CLOSING ESTATE

At St. Thomas, in said district, on the **22**nd day of **June**, **2010**.

It appearing to the Court that **Kathleen Mackay, Trustee** in said cause has reduced the property and effects of the said debtor's estate to cash; that the said Trustee has made distribution thereof as required by the order of this Court and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required of him in the administration of said estate;

It is ordered that the accounts of said Trustee be and they hereby are approved and allowed, and that the said estate be and it hereby closed; that the Trustee be and hereby is discharged and relieved of his trust; and that the bond of the said Trustee be and it hereby canceled and that the surety of sureties thereon be and they hereby are released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

BY THE COURT

Dated: June 22, 2010

Mary F. Walrath
U.S. Bankruptcy Judge